IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DANIEL A. MARTINEZ,**

      **Plaintiff,**

vs.                                                                                              No. CV 09-729 JP/LFG

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

      **Defendant.**

### ORDER EXTENDING TIME FOR FILING MEMORANDA

THIS MATTER having come before the Court upon Plaintiff's Unopposed Motion for an Extension of Time to file briefs, Defendant having no objection, the Court being fully advised FINDS that the Motion should be granted.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Remand shall be filed no later than January 14, 2010; Defendant's responsive memorandum shall be filed no later than March 15, 2010, and Plaintiff shall file the reply and the Notice of Completion of Briefing no later than March 30, 2010.

IT IS FURTHER ORDERED that all supporting memoranda shall cite the transcript of record in support of assertions of fact and shall cite authority in support of propositions of law.

                                                                                   *Lorenzo P. Garcia*
                                                                                   Lorenzo P. Garcia
                                                                                   United States Magistrate Judge

s/ Francesca J. MacDowell
Francesca J. MacDowell
Attorney for Plaintiff

Approved by:
Dianne Mullins Pryor
Attorney for Defendant