IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DANIEL A. MARTINEZ,

       Plaintiff,

v.                                                        No. CIV 09-729 JAP/LFG

MICHAEL J. ASTRUE,
Commissioner of Social Security
Administration,

       Defendant.

**ORDER ADOPTING MAGISTRATE JUDGE'S ANALYSIS**
**AND RECOMMENDED DISPOSITION**
**<u>AND REMANDING CASE</u>**

THIS MATTER is before the Court on the Magistrate Judge's Analysis and Recommended Disposition, filed April 20, 2010 [Doc. 22]. No objections were filed, and the deadline for filing objections has passed. A party waives the right to challenge a Magistrate Judge's report and recommendation if the party does not file timely objections. <u>Conley v. Mullin</u>, No. 07-6046, 245 F. App'x 863, 864-65 (10th Cir. Aug. 30, 2007) (unpublished). The Court accepts the analysis and recommended disposition with the result that Plaintiff's motion granted and this matter is remanded for additional administrative hearings, as described in the Magistrate Judge Analysis and Recommended Disposition.

IT IS HEREBY ORDERED that the Magistrate Judge's Analysis and Recommended Disposition is adopted by the Court;

IT IS FURTHER ORDERED that Plaintiff's motion to remand is granted with the result that this matter is remanded for additional administrative hearings.

                                                        _____
                                                        SENIOR UNITED STATES DISTRICT JUDGE